

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Terry Bennie,  \* From the 35th District Court
 of Brown County
 Trial Court No. CV1204119.

Vs. No. 11-17-00094-CV  \* August 3, 2017

City of Bangs, Texas,  \* Per Curiam Memorandum Opinion
 (Panel consists of: Wright, C.J.,
 Willson, J., and Bailey, J.)

This court has considered Appellant's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Terry Bennie.